UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21490-CIV-GRAHAM/O'SULLIVAN

DONALD TOBKIN,
     Plaintiff,

v.

THE UNITED STATES LIFE
INSURANCE COMPANY IN
THE CITY OF NEW YORK,
     Defendant.
_____/

**ORDER**

THIS MATTER is before the Court on an informal discovery conference. Having reviewed the record and having heard from both parties, it is

ORDERED AND ADJUDGED that in accordance with rule 26(a)(2)(B)(v) which provides for expert disclosure and states

> **(B)** *Written Report.* Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report--prepared and signed by the witness--if the witness is one retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony. The report must contain
> . . . .
> **(v)** a list of all other cases in which, during the previous four years, the witness testified as an expert at trial or by deposition;

Jerald Ratner, MD, shall provide the plaintiff with a list of all other cases in which he testified at deposition as an expert in the last four (4) years.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **13th** day of March, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Graham
All Counsel of Record